Odell REED, Jr., Plaintiff—Appellant,

v.

Julia LAFOON, Nurse at Brunswick Correctional Center; she is sued in her individual and official capacity; Alvin E. Harris, Doctor at Brunswick Correctional Center; he is sued in his individual and official capacity; K. Runion, Warden at Brunswick Correctional Center; he is sued in his individual and official capacity; Fred Schilling, Health Service Director for Virginia Department of Corrections; he is sued in his individual and official capacity; Gene M. Johnson, Director for the Virginia Department of Corrections; he is sued in his individual and official capacity, Defendants—Appellees.

No. 07–6650.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2007.

Decided: Nov. 13, 2007.

Odell Reed, Jr., Appellant Pro Se.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Odell Reed, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action under 28 U.S.C. § 1915A(b) (2000), for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Reed v. Lafoon,* No. 1:07–cv–00186–CMH (E.D. Va. filed Mar. 28, 2007 & entered Apr. 2, 2007). We deny Reed's motion to submit new evidence and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*